# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 25-5285**                  **September Term, 2024**

**1:25-cv-01659-TJK**

**Filed On:** August 8, 2025

Shira Perlmutter, Register of Copyrights and Director of the U.S. Copyright Office,

    Appellant

    v.

Todd Blanche, in his capacity as the person claiming to be acting Librarian of Congress, et al.,

    Appellees

**BEFORE:** Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an injunction pending appeal, it is

**ORDERED** that appellees file a response to the motion by 12:00 noon on Friday, August 15, 2025. Any reply is due by 12:00 noon on Wednesday, August 20, 2025.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk