[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHIRA PERLMUTTER,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>TODD BLANCHE *et al.*,<br><br>    Defendants-Appellees. | Case No. 25-5285 |

## STATEMENT OF THE ISSUES

Pursuant to this Court's order dated August 5, 2025, Plaintiff-Appellant hereby respectfully submits this Statement of Issues. The issue presented on appeal is whether the district court erred in denying Ms. Perlmutter's motion for a preliminary injunction seeking to enjoin Defendants' attempts to remove Ms. Perlmutter from her position as the Register of Copyrights and Director of the U.S. Copyright Office.

Date: September 4, 2025

Respectfully submitted,

*/s/ Allyson R. Scher*
Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

bnetter@democracyforward.org
ascher@democracyforward.org

Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
Ginger D. Anders (D.C. Bar. No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
donald.verrilli@mto.com
ginger.anders@mto.com

Kuruvilla J. Olasa
Miranda E. Rehaut
Adeel Mohammadi
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

*Counsel for Plaintiff-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

                                                          */s/ Allyson R. Scher*
                                                          Allyson R. Scher