# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5285**            **September Term, 2025**

**1:25-cv-01659-TJK**

**Filed On:** October 1, 2025

Shira Perlmutter, Register of Copyrights and Director of the U.S. Copyright Office,

    Appellant

    v.

Todd Blanche, in his capacity as the person claiming to be acting Librarian of Congress, et al.,

    Appellees

---

**BEFORE:** Walker, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing, construed as a motion for reconsideration of the court's September 10, 2025 order granting appellant's motion for injunction pending appeal, it is

**ORDERED** that the motion for reconsideration be denied.

### Per Curiam

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

              BY:    /s/
                       Daniel J. Reidy
                       Deputy Clerk