# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 25-5285**            **September Term, 2025**

**1:25-cv-01659-TJK**

**Filed On:** October 1, 2025

Shira Perlmutter, Register of Copyrights and Director of the U.S. Copyright Office,

      Appellant

      v.

Todd Blanche, in his capacity as the person claiming to be acting Librarian of Congress, et al.,

      Appellees

      **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, construed as a motion for en banc reconsideration of the court's September 10, 2025 order granting appellant's motion for injunction pending appeal, it is

**ORDERED** that the motion for en banc reconsideration be denied.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:    /s/
               Daniel J. Reidy
               Deputy Clerk