**[NOT YET SCHEDULED FOR ORAL ARGUMENT]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SHIRA PERLMUTTER, *Plaintiff-Appellant,* v. TODD BLANCHE *et al.*, *Defendants-Appellees.* | No. 25-5285 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF OR, IN THE ALTERNATIVE, TO
HOLD THE CASE IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, Appellant seeks to extend the deadline for her to file her opening brief in this appeal until 7 days from the date that the Supreme Court resolves Appellees' stay application in this case, which is fully briefed before the Supreme Court. In the alternative, the Court should hold the appeal in abeyance until the Supreme Court resolves the application. Appellant respectfully submits that good cause exists for such relief. Appellees consent to this motion.

1

On September 10, 2025, this Court entered an injunction pending appeal in this case. On October 27, 2025, Appellees filed an emergency application for a stay of that injunction to the Supreme Court. *See Blanche v. Perlmutter*, No. 25-5285 (U.S. docketed Oct. 27, 2025). Appellant filed her response on November 10, and Appellees filed a reply on November 12. Appellees' emergency application remains pending. Appellant's opening brief is currently due on November 24, 2025. Given the likelihood that the Supreme Court's forthcoming ruling will meaningfully affect the proceedings on appeal, Appellant respectfully requests that the Court set Appellant's brief to be due 7 days from the date of the Supreme Court's resolution of the application in order that she may address the decision in her merits brief. In the alternative, the Court may provide the same relief by holding the appeal in abeyance until the Supreme Court resolves the motion.

Appellees have indicated that they consent to the requested relief.

Dated: November 18, 2025

Donald B. Verrilli, Jr.
Ginger D. Anders
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW
Washington, DC 20043
(213) 683-9100
donald.verrilli@mto.com
ginger.anders@mto.com

Kuruvilla J. Olasa
Miranda E. Rehaut
Adeel Mohammadi
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

Respectfully submitted,

*/s/ Allyson R. Scher*
Brian D. Netter
Allyson R. Scher
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions exempted by Rule 32(f), it contains 242 words.


Dated: November 18, 2025          */s/ Allyson R. Scher*
                                  Allyson R. Scher