# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5285**   September Term, 2025

1:25-cv-01659-TJK

Filed On: November 19, 2025 [2146222]

Shira Perlmutter, Register of Copyrights
and Director of the U.S Copyright Office,

      Appellant

    v.

Todd Blanche, in his capacity as the person
claiming to be acting Librarian of Congress,
et al.,

      Appellees

## O R D E R

    Upon consideration of appellant's consent motion for extension of time to file opening brief or, in the alternative, to hold case in abeyance, it is

    **ORDERED** that the motion to hold the case in abeyance be granted, and this case is hereby held in abeyance pending further order of the court.

    The parties are directed to file motions to govern future proceedings in this case within 7 days of the Supreme Court's disposition of appellees' emergency application to stay the interlocutory injunction (No. 25A478).

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                          BY:    /s/
                                            Michael C. McGrail
                                            Deputy Clerk