# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SHIRA PERLMUTTER, Register of Copyrights and
Director of the U.S. Copyright Office,
Plaintiff-Appellant,

v.

TODD BLANCHE, in his capacity as the person claiming to be
acting Librarian of Congress, ET AL.,
Defendants-Appellees,

On Appeal from the United States District Court
for the District of Columbia
No. 25-cv-1659
Hon. Timothy J. Kelly, U.S. District Judge

## PLAINTIFF-APPELLANT'S MOTION TO GOVERN
## FUTURE PROCEEDINGS

Donald B. Verrilli, Jr.
Ginger D. Anders
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW
Washington, DC 20043
(213) 683-9100
donald.verrilli@mto.com
ginger.anders@mto.com

Brian D. Netter
Allyson R. Scher
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

*Counsel for Plaintiff-Appellant*
*[Additional Counsel Listed in Signature Block]*

Pursuant to this Court's November 19, 2025, order, Plaintiff-Appellant Shira Perlmutter respectfully submits this motion to govern future proceedings and proposes the briefing schedule set forth below.

On September 10, 2025, this Court entered an injunction pending appeal in this case. On October 27, 2025, Appellees filed an emergency application in the Supreme Court to stay that injunction. *See Blanche v. Perlmutter*, No. 25A478 (U.S.). On November 18, 2025, Plaintiff-Appellant filed a consent motion for an extension of time, or in the alternative, to hold the case in abeyance in this Court until the Supreme Court resolves that application. The next day, this Court granted Appellant's consent motion to hold the case in abeyance, and directed the parties to file motions to govern future proceedings within seven days of that disposition.

On November 26, 2025, the Supreme Court deferred Appellees' emergency application pending *Trump v. Slaughter*, No. 25-332, and *Trump v. Cook*, No. 25A312. Last week, on June 30, 2026, the Supreme Court denied the application for a stay.

Appellees respectfully propose the following schedule for merits briefing in this case:

1

**(a)** Appellant's opening brief due 60 days after the date of this Court's order governing further proceedings;

**(b)** Appellees' response brief due 30 days after the opening brief; and

**(c)** Appellant's reply brief due 30 days after the response brief.

Good cause supports this schedule. The undersigned counsel is lead counsel for Appellant on this appeal and also serves as lead counsel on several other briefs due in the same window. Specifically, in the district court proceedings in this matter, the court has ordered supplemental summary judgment briefing on the effect of the Supreme Court's decision in *Trump v. Slaughter*, 609 U.S. __ (2026); undersigned counsel is responsible for Appellant's supplemental brief, due July 31, 2026, and for Appellant's response, due August 14, 2026. Undersigned counsel is also responsible for a summary judgment brief in a separate matter due July 29, 2026.

A 60-day period for the opening brief will allow counsel to prepare a thorough opening brief addressing the substantial questions presented by this appeal without prejudicing these overlapping obligations. The additional time is also warranted because the opening brief will need to

address the effect of the Supreme Court's recent decisions in *Trump v. Slaughter* and *Trump v. Cook* following the Supreme Court's decision to defer the emergency application in this case until it issued those decisions. Counsel requires adequate time to review those decisions and to analyze how they apply to the issues in this case. The requested extension is modest given the importance and complexity of this appeal.

In addition, undersigned counsel will be out of the country from October 7-18, and therefore respectfully requests 30 days to file the reply brief if it will include that period.

Undersigned counsel conferred with counsel for Appellees, who do not consent. They indicated that they will file a cross-motion to govern future proceedings with a shorter timeline, notwithstanding the undersigned's constraints.

For the foregoing reasons, Appellant respectfully requests that the Court enter an order adopting the briefing schedule proposed above.

Dated: July 7, 2026

Donald B. Verrilli, Jr.
Ginger D. Anders
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW
Washington, DC 20043
(213) 683-9100
donald.verrilli@mto.com
ginger.anders@mto.com

Kuruvilla J. Olasa
Miranda E. Rehaut
Adeel Mohammadi
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th
Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

Respectfully submitted,

*/s/ Allyson R. Scher*
Brian D. Netter
Allyson R. Scher
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This motion complies with the typeface and type-volume limitations in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 513 words. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: July 7, 2026          */s/ Allyson R. Scher*
                                                  Allyson R. Scher

# CERTIFICATE OF SERVICE

I certify that on July 7, 2026, a true and correct copy of this Brief was filed with the Clerk for the United States Court of Appeals for the District of Columbia Circuit via the Court's electronic filing system, which will forward a copy to all counsel of record.

Dated: July 7, 2026

/s/ Allyson R. Scher
Allyson R. Scher