[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

SHIRA PERLMUTTER,

  Plaintiff-Appellant,

    v.

TODD BLANCE, *et al.*,

  Defendants-Appellees.

No. 25-5285

**MOTION TO GOVERN FURTHER PROCEEDINGS**

 **1.** This appeal arises from plaintiff's removal from her position as the Register of Copyrights and Director of the U.S. Copyright Office at the Library of Congress.  Plaintiff sued to challenge her removal in district court and sought a preliminary injunction.  The district court denied a preliminary injunction and plaintiff appealed.

 **2.** In September 2025, a divided panel of this Court granted plaintiff an inunction pending appeal.  Order (D.C. Cir. Sept. 10, 2025).  Judge Walker dissented.  *Id.*  Defendants then sought a stay of that order from the Supreme Court, *see* Application, *Blanche v. Perlmutter*, No. 25A748 (U.S. Oct. 27, 2025), and this Court placed the case in abeyance pending the Supreme Court's decision.  The Court further ordered the parties "to file

motions to govern future proceedings in the case within 7 days of the Supreme Court's disposition." Order (D.C. Cir. Nov. 19, 2025).

3.  On June 30, 2026, the Supreme Court denied defendants' stay application, stating that "[t]he denial of the application is not a ruling on the merits of the legal issues presented in the litigation." Order, *Blanche v. Perlmutter*, No. 25A748 (U.S. June 30, 2026). Accordingly, defendants now file this motion on how further proceedings should continue.

4.  When the Court placed this case in abeyance, the parties had begun merits briefing along a standard time frame. The Court had ordered plaintiff to file her opening brief within 40 days, defendants to file their answering brief within 30 days, and plaintiff to file her reply within 21 days.

5.  A similar schedule is appropriate now that proceedings in this Court have resumed. Thus, defendants propose that plaintiff's opening merits brief be due within 45 days (August 21, 2026), defendants' answering brief be due 30 days later (September 21, 2026),[1] and plaintiffs' reply brief be due 21 days later (October 13, 2026).[2] Although the government does not move for an expedited briefing schedule, prompt

---

[1] September 20 is a Sunday, and so the answering brief would be due the next business day. Fed. R. App. P. 26(a)(1)(C).

[2] October 12 is a legal holiday, and so the reply brief would be due the next business day. Fed. R. App. P. 26(a)(1)(C); 5 U.S.C. § 6103(a).

2

resolution of this appeal is appropriate. *See* 28 U.S.C. § 1657(a). The President directed the removal of plaintiff from her office, and this Court's injunction pending appeal prohibited defendants from interfering with her service in that office. Accordingly, it is proper to brief the merits and to consider this appeal along the usual timetable for appeals from preliminary injunction decisions.

Respectfully submitted,

*/s/ Michael S. Raab*
MICHAEL S. RAAB
DANIEL AGUILAR
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-5142*

3

**CERTIFICATE OF COMPLIANCE**

This response complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 426 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in 14-point Georgia, a proportionally spaced typeface.

*/s/ Michael S. Raab*
Michael S. Raab

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A.    Parties and Amici

Plaintiff-Appellant is Shira Perlmutter.  Defendants-Appellees are Todd Blanche, Paul Perkins, Sergio Gor, Trent Morse, the Executive Office of the President, and Donald J. Trump.

Alvaro E. Siman moved to participate as amicus in district court. There have been no intervenors.

### B.    Ruling Under Review

The rulings under review are the Order, Doc. 39 (July 30, 2025), App.13a, and the Memorandum Opinion, Doc. 40 (July 30, 2025), App.14a, denying plaintiff's motion for a preliminary injunction in *Perlmutter v. Blanche*, No. 25-cv-1659 (D.D.C.) (Kelly, J.).  The district court's opinion is available at *Perlmutter v. Blanche*, No. 25-cv-1659 (TJK), 2025 WL 2159197 (D.D.C. July 30, 2025).

### C.    Related Cases

This case has not previously been before this Court.  Counsel for Defendants-Appellees are unaware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

/s/ *Michael S. Raab*
Michael S. Raab
 *Attorney, Appellate Staff*
 *Civil Division*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, DC 20530*
 *(202) 616-5142*