# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5285**                                    **September Term, 2025**

**1:25-cv-01659-TJK**

**Filed On:** July 22, 2026

Shira Perlmutter, Register of Copyrights and
Director of the U.S Copyright Office,

      Appellant

      v.

Todd Blanche, in his capacity as the person
claiming to be acting Librarian of Congress,
et al.,

      Appellees

**BEFORE:**     Henderson and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motions to govern further proceedings, it is

**ORDERED** that the following briefing schedule will now apply in this appeal:

| | |
|---|---|
| Appellant's Brief | August 31, 2026 |
| Appendix | August 31, 2026 |
| Appellees' Brief | September 30, 2026 |
| Appellant's Reply Brief | October 30, 2026 |

The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellant should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5285**                                      **September Term, 2025**

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk