**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 598-6735

October 22, 2026

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE: *Perlmutter v. Blanche*, No. 25-5285 (D.C. Cir.) (Not Yet Scheduled for Oral Argument)

Dear Mr. Cislak:

I am the government attorney with principal responsibility for the above-referenced matter. I am writing to provide notice that I will be travelling to present argument in others matters from December 8 to 10, 2026, and from December 15 to 17, 2026. In addition, as conveyed in my letter of October 1, 2026, I will be traveling on pre-planned leave from October 28 to November 5, 2026, from November 20 to November 27, 2026, and from December 23, 2026 to January 7, 2027. I respectfully request that this Court not schedule argument in this case during those times. Thank you for your consideration.

Sincerely,

*<u>/s/ David L. Peters</u>*
David L. Peters

cc: Counsel of Record (via CM/ECF)